James D. Gardner (8798)
Stewart O. Peay (9953)
M. Lane Molen (11724)
Snell & Wilmer L.L.P.
15 West South Temple, Suite 1200
Salt Lake City, Utah  84101-1004
Telephone:  (801) 257-1900
Facsimile:  (801) 257-1800
jgardner@swlaw.com
speay@swlaw.com
lmolen@swlaw.com

*Attorneys for Defendants Wells Fargo Bank, N.A., LaSalle Bank N.A., Bank of America, N.A., and Norwest Mortgage, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **BRYAN TOONE and JoLYNNE TOONE,**<br><br>          Plaintiff,<br><br>v.<br><br>**WELLS FARGO BANK, N.A.; PREMIER MORTGAGE CORP. OF AMERICA; ACCUBANK MORTGAGE CORPORATION DBA ACCUMORTGAGE CORPORATION; NORWEST MORTGAGE, INC.; LaSALLE BANK N.A.,** as Trustee**; BANK OF AMERICA, NA; eTITLE INSURANCE AGENCY; LUNDBERG & ASSOCIATES; KENT W. PLOTT; MARK S. MIDDLEMAS; DOES 1-50;**<br><br>          Defendants. | **MOTION TO DISMISS**<br><br><br>Case No. 2:11-cv-00170<br><br>Honorable Ted Stewart |

Wells Fargo Bank, N.A., LaSalle Bank, N.A., Bank of American, N.A. and Norwest Mortgage, Inc. (collectively "Wells Fargo Defendants"), through counsel, respectfully submit

this *Motion to Dismiss* the Complaint of Plaintiffs Bryan Toone and JoLynne Toone ("Plaintiffs"). Under Rule 12(b)(6) of the Federal Rules of Civil Procedure, the Complaint should be dismissed with prejudice for failure to state a claim upon which relief can be granted.

DATED this 22nd day of February, 2011.

                Snell & Wilmer L.L.P.

                /s/ James D. Gardner
                James D. Gardner
                Stewart O. Peay
                M. Lane Molen
                *Attorneys for Defendants Wells Fargo Bank,*
                *N.A., LaSalle Bank N.A., Bank of America, N.A.,*
                *and Norwest Mortgage, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of February, 2011, a true and correct copy of the foregoing to be served via the CM/ECF system, which provided service on the following:

Brian W. Steffensen
Steffensen Law Office
448 East 400 South, Suite 100
Salt Lake City, Utah 84111
*Counsel for Plaintiffs*

Richard Gunnerson
3269 South Main Street #100
Salt Lake City, UT 84115
*Counsel for eTitle Insurance Agency,*
*Lundberg & Associates, Kent W. Plott, and*
*Mark S. Middlemas*

/s/ James D. Gardner