# EXHIBIT C

## NOTICE OF DEFAULT

# EXHIBIT B

```
                                                10821797
                                                10/21/2009 5:00:00 PM $11.00
                                                Book - 9772 Pg - 7138
```

**After Recording Return To:**
eTitle Insurance Agency
3269 South Main Street, Suite 100
Salt Lake City, UT 84115

Gary W. Ott
Recorder, Salt Lake County, UT
eTITLE INSURANCE AGENCY
BY: eCASH, DEPUTY - EF 1 P.

Case No. 09-83910
EG

Parcel ID #: 15-12-476-002

(Space above for County Recorder's use)

## NOTICE OF DEFAULT AND ELECTION TO SELL

On or about October 12, 1998, Bryan W. Toone and Jolynne Toone with right of survivorship, as trustors, executed a trust deed to secure the performance by the trustors of promissory note obligations. The trust deed was filed for record on October 16, 1998, with recorder's entry No. 7122450, Salt Lake County, Utah, and covers the following real property:

All of Lot 26, and the West 8-1/3 feet of Lot 25, Block 3, WEST BOULEVARD SUBDIVISION, according to the official plat thereof, recorded in the office of the County Recorder of Salt Lake County, Utah.

Together with all the improvements now or hereafter erected on the property, and all easements, appurtenances, and fixtures now or hereafter a part of the property.

The monthly payment obligation set forth in the promissory note is in default. All delinquent monthly payments, together with all unpaid taxes, insurance and other obligations under the promissory note and trust deed, are due. Under the provisions of the promissory note and trust deed, the unpaid principal balance is accelerated and now due, together with accruing interest, late charges, costs and trustees' and attorneys' fees. Accordingly, the trustee has elected to sell the property described in the trust deed.

DATED: October 20, 2009.

eTitle Insurance Agency, Trustee

By: _____
Printed Name: Tom Cook
Authorized Officer
3269 South Main, Suite 100
Salt Lake City, UT 84115
Office Hours: 8:00 a.m. – 5:00 p.m.
801-263-3400

[Notary seal: KAYLYNN NYBO, Notary Public State of Utah, My Commission Expires on June 9, 2013, Comm. Number: 579175]

State of Utah      )
                   : ss.
County of Salt Lake )

The foregoing instrument was acknowledged before me on October 20, 2009, by ___Tom Cook___ an Authorized Officer of eTitle Insurance Agency, Trustee.

_____
Notary Public