**Brian W. Steffensen (3092)**
**STEFFENSEN ❖ LAW ❖ OFFICE**
448 East 400 South, Suite 100
Salt Lake City, Utah 84111
Telephone (801) 485-3707
Facsimile (801) 485-7140
Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE STATE OF UTAH

| | |
|---|---|
| Bryan Toone and JoLynne Toone<br><br>v.<br><br>Wells Fargo Bank. NA;<br>Premier Mortgage Corp. Of America;<br>Accubank Mortgage Corporation dba<br>Accumortgage Corporation;<br>Norwest Mortgage, Inc.;<br>LaSalle Bank N.A., as Trustee;<br>Bank of America, NA;<br>eTitle Insurance Agency;<br>Lundberg & Associates;<br>Kent W. Plott;<br>Mark S. Middlemas;<br>Does 1-50 | Plaintiffs' Motion (1) for Leave to File their First Amended Complaint and (2) to Strike Wells Fargo's Reply Memorandum<br><br><br><br>Civil No. 2:11-cv-00170-TS<br><br>Judge Ted Stewart |

Come Now the Plaintiffs and move the Court for (1) an Order granting them leave to file their First Amended Complaint and (2) for an Order striking Wells Fargo's Reply Memorandum. This motion is supported by an accompanying memorandum and the papers previously on file herein.

DATED this 6th day of June 2011.

                                           **STEFFENSEN ❖ LAW ❖ OFFICE**
                                           ___/s/ Brian W. Steffensen ____
                                           Brian W. Steffensen
                                           Attorney for Plaintiffs