IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| BRYAN TOONE and JOLYNNE TOONE<br><br>    Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.; PREMIER MORTGAGE CORPORATION OF AMERICA; ACCUBANK MORTGAGE CORPORATION DBA ACCUMORTGAGE CORPORATION; NORWEST MORTGAGE, INC.; LASALLE BANK N.A., as Trustee; BANK OF AMERICA, NA; ETITLE INSURANCE AGENCY; LUNDBERG & ASSOCIATES; KENT W. PLOTT; MARK S. MIDDLEMAS; DOES 1-50<br><br>    Defendants. | MEMORANDUM DECISION AND ORDER DENYING MOTION FOR LEAVE TO FILE AMENDED COMPLAINT AND TO RECONSIDER DECISION<br><br><br><br>Case No. 2:11-CV-170 |

    This matter is before the Court on Plaintiffs' Motion for Leave to File Amended Complaint and to Reconsider Decision.[1]

---

[1] Docket No. 40.

1

Plaintiffs' Motion was filed within 28 days of the final judgment as to this matter entered by this Court. "[A] motion to reconsider filed within [28] days after entry of judgment is considered a Fed.R.Civ.P. 59(e) motion."[2] The Tenth Circuit has recognized the following grounds as warranting a motion to reconsider under Rule 59(e): "(1) an intervening change in the controlling law, (2) new evidence previously unavailable, and (3) the need to correct clear error or prevent manifest injustice."[3] "Thus, a motion for reconsideration is appropriate where the court has misapprehended the facts, a party's position, or the controlling law. . . . It is not appropriate to revisit issues already addressed or advance arguments that could have been raised in prior briefing."[4] Because Plaintiffs have not alleged any grounds adequate for this Court to reconsider the judgment under Rule 59(e), the Court will deny this request.

As to Plaintiffs' request for leave to amend their complaint, it is well established that "[a]fter a district court enters a final judgment . . . it may not entertain motions for leave to amend unless the court first sets aside or vacates the judgment pursuant to Fed.R.Civ.P. 59(e) or 60(b)."[5] Accordingly, the Court will also deny Plaintiff's request to file an amended complaint. It is therefore

ORDERED that Plaintiffs' Motion for Leave to File an Amended Complaint and to Reconsider Decision (Docket No. 40) is DENIED.

---

[2]*Servants of Paraclete v. Does*, 204 F.3d 1005, 1012 (10th Cir. 2005) (second alteration to reflect change in Rule 59).

[3]*Id*. (citing *Brumark Corp. v. Samson Res. Corp.*, 57 F.3d 941, 948 (10th Cir. 1995)).

[4]*Id*.

[5]*Combs v. PriceWaterhouse Coopers LLP*, 382 F.3d 1196, 1205 (10th Cir. 2004).

DATED   December 13, 2011.

                        BY THE COURT:

                        _____
                        TED STEWART
                        United States District Judge